

# Byrne Millwork INC.

**Purchase Order**

# Byrne Millwork INC.

ARCHITECTURAL MILLWORK

**Purchase Order**

## 13660

21 Bellecor Drive, New Castle, DE 19720
Phone: 302-326-0500 Fax: 302-326-1696

**Date** #Name?

*Old State Interior Penworth.*

**Ship To:**
Byrne Millwork
21 Bellecor Drive
New Castle DE 19720

**Vendor:**
Mahogany, Inc.
910 West Pratt Street
Baltimore MD 21223
USA
Phone: 410-727-0334
Fax: 410-727-0588

| Purchaser: | Order Date: | Required Date: | Shipped Date: | Ship Via: |
|---|---|---|---|---|
| Mark Werner | 9/27/2004 | | | Standard |

| Job # | Item # | Description | Qty: | Unit Price: | Disc: | Ext. Price: |
|---|---|---|---|---|---|---|
| 1211 | installation | Install per plans | 1284,316.00 | | 0% | $284,316.00 |

| | |
|---|---|
| **Subtotal** | $284,316.00 |
| **Freight:** | $0.00 |
| **Total:** | $284,316.00 |

**Notes and Conditions:**

Please provide BMI with a current Certificate of Liability Insurance that includes BMI as additionally insured. Payment cannot be made without this information



# *Byrne Millwork* INC.

ARCHITECTURAL MILLWORK

*21 Bellecor Drive, New Castle, DE 19720*
*Phone: 302-326-0500 Fax. 302-326-1696*

## Purchase Order

## 13660

**Date:** #Name?

**Ship To:** Byrne Millwork
21 Bellecor Drive
New Castle DE 19720

**Vendor:** Mahogany, Inc.
910 West Pratt Street
Baltimore MD 21223
USA
Phone: 410-727-0334
Fax: 410-727-0588

| Purchaser: | Order Date: | Required Date: | Shipped Date: | Ship Via: |
|---|---|---|---|---|
| Mark Werner | 9/27/2004 | | | Best way |

| Job # | Item # | Description | Qty: | Unit Price: | Disc: | Ext. Price: |
|---|---|---|---|---|---|---|
| 1211 | installation | Install per plans<br>Billed $23,869.00 - 10/20/04 | 1 | 284,316.00 | 0% | $284,316.00 |
| 1211 | CO1 | Change Order #1 | 1 | $28,473.00 | 0% | $28,473.00 |
| 1211 | CO2 | Change Order #2<br>Install door hardware per schedule dated 10/15/04 | 1 | $38,594.00 | 0% | $38,594.00 |

| | |
|---|---|
| **Subtotal:** | $351,383.00 |
| **Freight:** | $0.00 |
| **Total:** | $351,383.00 |

Notes and Conditions:

Please provide BMI with a current Certificate of Liability Insurance that includes BMI as additionally insured.
Payment cannot be made without this information