# KAUFFMAN AND FORMAN, P.A.

ATTORNEYS AND COUNSELORS AT LAW

406 W. PENNSYLVANIA AVENUE

TOWSON, MARYLAND 21204

(410) 823-5700

FAX (410) 296-7349

BRUCE E. KAUFFMAN
JEFFREY L. FORMAN

March 15, 2005

**Sent Via Certified Mail**
Liberty Mutual Insurance Company
c/o Liberty Mutual Surety
450 Plymouth Road
Plymouth Meeting, Pennsylvania 19462

Attention Of: Kim McNaughton

| | | |
|---|---|---|
| Re: | Our Client: | **Mahogany, Inc.** |
| | Your Principal: | **Sigal Construction Corporation** |
| | Bond No.: | **17010125** |
| | Project: | **Renovations to Old State Department Building ("Project")** |

Dear Mr. McNaughton:

    Please be advised that this law firm represents Mahogany, Inc. ("Mahogany") regarding your Principal's outstanding indebtedness to it in the amount of $103,387.00 for labor and materials furnished at the above captioned Project. Accordingly, demand is hereby made pursuant to your Principal's payment bond for payment. Mahogany is a "claimant" as that term is defined in your Principal's payment bond, as the materials were furnished at the direct request of Byrne Millwork, Inc., a subcontractor of your Principal. Kindly forward to my office a Proof of Claim and a request for the other documentation you will need regarding my client's claim.

    Also, please contact me to confirm receipt of this correspondence.

Sincerely,

Bruce E. Kauffman

CC: Mahogany, Inc.
Terry Debiase, *via fax (202) 205-5922*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>[signature] 3-24-05 |
| 1. Article Addressed to:<br><br>Liberty Mutual Ins. Co.<br>c/o Liberty Mutual Surety<br>450 Plymouth Road<br>Plymouth Meeting Pennsylvania 19462 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1680 0001 2424 6769 |
| PS Form 3811, August 2001 | Domestic Return Receipt  102595-01-M-2509 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature Michael]  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Michael Goings |
| 1. Article Addressed to:<br><br>Kerrie T. Baird<br>Signal Construction Corp.<br>3299 K Street NW<br>Washington DC 20007 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>[FRIENDSHIP postmark]<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1680 0001 2424 6646 |
| PS Form 3811, August 2001 | Domestic Return Receipt  102595-01-M-2509 |