**KAUFFMAN AND FORMAN, P.A.**

ATTORNEYS AND COUNSELORS AT LAW

406 W. PENNSYLVANIA AVENUE

TOWSON, MARYLAND 21204

(410) 823-5700

FAX (410) 296-7349

BRUCE E. KAUFFMAN
JEFFREY L. FORMAN

March 15, 2005

**VIA CERTIFIED MAIL**
Kerric T. Baird
Sigal Construction Corp.
3299 K Street NW
Washington DC  20007

Re:   Our Client:   Mahogany, Inc. ("Mahogany")
      Project:      Old State Department Renovations ("Project")

Dear Mr. Baird:

As you are aware, this law firm represents Mahogany, Inc regarding its labor and materials furnished at the above captioned Project at the request of Byrne Millwork, Inc. ("Byrne"). This correspondence shall serve as formal notice of Mahogany's claim in the amount of $103,387.00 for its labor and materials furnished at Byrne's request.

Sincerely,

Bruce E. Kauffman

BEK/jlk
CC: Mahogany, Inc.
    Terry DeBiase, *via fax (202) 205-5922*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Liberty Mutual Ins. Co.
c/o Liberty Mutual Surety
450 Plymouth Road
Plymouth Meeting Pennsylvania 19462

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 3-24-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0001 2424 6769

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kerrie T. Baird
Signal Construction Corp.
3299 K Street NW
Washington DC 20007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Michael Going

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0001 2424 6646

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509