AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

UNITED STATES OF AMERICAN f/u/b/o
MAHOGANY, INC. a/k/a
MAHOGANY, INC. OF MARYLAND

**SUMMONS IN A CIVIL CASE**

V.

SIGAL CONSTRUCTION CORPORATION
*ET AL*

CASE NUMBE

CASE NUMBER  1:05CV01113

JUDGE: Royce C. Lamberth

DECK TYPE: Contract

DATE STAMP: 06/03/2005

TO: (Name and address of Defendant)

Defendant: Sigal Construction Corporation
c/o CT Corporation System
1015 15th Street, NW
Suite 1000
Washington, D.C. 20005

Registered Agent for Defendant, Sigal Construction Corporation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth A. Robbins, Esq.
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW
Washington, DC 20007
Tel. No.: (202) 822-8838

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JUN 0 3 2005
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 9th, 2005 |
| NAME OF SERVER *(PRINT)* Robert Magruder | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: c/o CT Corporation System, Registered Agent, with Anthony Serrette, Authorized Designee, 1015 15th Street, N.W. Suite 1000, Washington, D.C. 20005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/10/05
                Date

*Signature of Server*

2441 Shellcove Court, Waldorf, MD 20601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.