UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>MAHOGANY, INC. a/k/a<br>MAHOGANY, INC. OF MARYLAND<br><br>Plaintiff,<br><br>v.<br><br>SIGAL CONSTRUCTION<br>CORPORATION<br><br>and<br><br>BYRNE MILLWORK, INC.<br><br>and<br><br>LIBERTY MUTUAL INSURANCE<br>COMPANY<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:05CV01113<br>) Judge: Royce C. Lamberth<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Defendant Sigal Construction Corporation ("Sigal"), by counsel, submits this certificate as required by Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia.

I, the undersigned, counsel of record for Sigal certify to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Sigal which have any outstanding securities in the hands of the public: **NONE**.

These representations are made in order that the judges of this Court may determine any need for recusal.

**DATED:**     June 29, 2005.

> Respectfully Submitted,
>
> **SIGAL CONSTRUCTION CORPORATION**
>
> By counsel

*[signature]*

Lauren P. McLaughlin, DC Bar No. 471093
**WICKWIRE GAVIN, P.C.**
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: lmclaughlin@wickwire.com
*Counsel for Defendants Sigal Construction Corporation
and Liberty Mutual Insurance Company*

G:\CLIENTS\19\190141\201\Pleadings\Corporate Disclosure.SIGAL.doc