UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>MAHOGANY, INC. a/k/a<br>MAHOGANY, INC. OF MARYLAND<br><br>     Plaintiff,<br><br>v.<br><br>SIGAL CONSTRUCTION<br>CORPORATION<br><br>and<br><br>BYRNE MILLWORK, INC.<br><br>and<br><br>LIBERTY MUTUAL INSURANCE<br>COMPANY<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:05CV01113<br>) Judge: Royce C. Lamberth<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADINGS

  Plaintiff, the United States of America for the use and benefit of Mahogany, Inc. ("Mahogany"), and Defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), hereby submit this consent motion for extension of time for Liberty Mutual to file responsive pleadings and state as follows:

  1. Liberty Mutual was served with the instant Complaint on June 9, 2005, and its responsive pleadings would be due today.

1

2. The parties have agreed, however, to extend the time in which Liberty Mutual's responsive pleadings are due from June 29, 2005 to July 1, 2005. A proposed order accompanies this motion.

Dated: June 29, 2005.

Respectfully Submitted,

*[signature]*

Lauren P. McLaughlin, DC Bar No. 471093
**WICKWIRE GAVIN, P.C.**
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: lmclauglin@wickwire.com
*Counsel for Defendant Liberty Mutual Insurance Company*

**Counsel for Liberty Mutual Insurance Company**

*[signature] for*

Seth A. Robbins DC Bar No. 471812
**Quagliano & Seeger, P.C.**       w/permission
2620 P Street, N.W.                    *LPM*
Washington, D.C. 20007
Tel: (202) 822-8838
Fax: (202) 822-6982
Email: robbins@quagseeg.com
**Counsel for Mahogany, Inc.**