UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>MAHOGANY, INC. a/k/a<br>MAHOGANY, INC. OF MARYLAND<br><br>          Plaintiff,<br><br>v.<br><br>SIGAL CONSTRUCTION<br>CORPORATION<br><br>and<br><br>BYRNE MILLWORK, INC.<br><br>and<br><br>LIBERTY MUTUAL INSURANCE<br>COMPANY<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:05CV01113<br>) Judge: Royce C. Lamberth<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER GRANTING CONSENT MOTION
### FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Having considered the Consent Motion for Extension of Time to File Responsive Pleadings filed by the parties, and for good cause shown, it is:

**ORDERED** that the motion should be and is hereby GRANTED; and it further

**ORDERED** that the time to file Liberty Mutual's responsive pleading to the Complaint in the above-captioned matter should be and is hereby extended through July 1, 2005.

Dated: June 29, 2005.

                                                                                              _____
                                                                                              Judge, United States District Court for the
                                                                                              District of Columbia

**COPIES TO:**

Lauren P. McLaughlin, DC Bar No. 471093
**WICKWIRE GAVIN, P.C.**
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: lmclauglin@wickwire.com
*Counsel for Defendant Liberty Mutual
    Insurance Company*

*Counsel for Liberty Mutual Insurance Company*

Seth A. Robbins DC Bar No. 471812
**Quagliano & Seeger, P.C.**
2620 P Street, N.W.
Washington, D.C. 20007
Tel: (202) 822-8838
Fax: (202) 822-6982
Email: robbins@quagseeg.com
*Counsel for Mahogany, Inc.*

2