UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>MAHOGANY, INC. a/k/a<br>MAHOGANY, INC. OF MARYLAND<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SIGAL CONSTRUCTION<br>CORPORATION<br><br>and<br><br>BYRNE MILLWORK, INC.<br><br>and<br><br>LIBERTY MUTUAL INSURANCE<br>COMPANY<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.:  1:05CV01113<br>) Judge:  Royce C. Lamberth<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S
### ANSWER AND AFFIRMATIVE DEFENSES

Defendant Liberty Mutual Insurance Company ("Liberty Mutual"), by counsel, submits its Answer and Affirmative Defenses to the Complaint filed by Mahogany, Inc. ("Mahogany"), and states as follows:

### PARTIES

1.　　The allegations set forth in Paragraph 1 relate to another party, to which no response is required.  To the extent a response is required, Liberty Mutual lacks sufficient information to admit or deny the allegations, and accordingly denies the same.

6. Plaintiff's claims are or may be barred, in whole or in part, by its material breaches of the Purchase Order.

7. Plaintiff's claims are or may be barred, in whole or in part, by its failure to mitigate its damages.

8. Plaintiff's claims are or may be barred, in whole or in part, by the doctrines of waiver, release, and estoppel.

9. Plaintiff's claims are or may be barred, in whole or in part, by accord and satisfaction.

10. Plaintiff's claims are or may be barred, in whole or in part, by offset and recoupment.

11. Liberty Mutual shall rely on all defenses available to its principal.

12. Liberty Mutual reserves the right to add to or amend its Affirmative Defenses during the course of the proceedings.

**WHEREFORE,** Liberty Mutual hereby requests that the claims against it be dismissed in their entirety, with prejudice, plus reasonable costs, attorney's fees, charges, expenses, and interests and such further relief as the Court deems appropriate.

**DATED:** July 1, 2005.

Respectfully submitted,

Lauren P. McLaughlin, DC Bar No. 471093
**WICKWIRE GAVIN, P.C.**
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: lmclauglin@wickwire.com
*Counsel for Defendant Liberty Mutual Insurance Company*

9