**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. f/u/b/o  MAHOGANY, INC. a/k/a MAHOGANY, INC. OF MARYLAND | * |
| | *    Case No.: 1:05CV01113 |
| Plaintiff, | |
| | *    Judge: Royce C. Lambreth |
| v. | * |
| SIGAL CONSTRUCTION CORPORATION *et al.* | |
| | * |
| Defendants. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**REQUEST FOR ENTRY OF DEFAULT**

COMES NOW, Plaintiff The United States of America f/u/b/o Mahogany, Inc. a/k/a Mahogany, Inc. of Maryland  ("Mahogany"), by and through counsel, Quagliano & Seeger, P.C., and pursuant to Rules 12 and 55 of the Federal Rules of Civil Procedure, files this Request for Entry of Default against Defendant Byrne Millwork, Inc. ("BMI").  In support thereof, Mahogany respectfully states as follows:

    1.     On June 3, 2005, Plaintiff filed its Complaint for Damages against three (3) defendants [Docket Number 1].  Count I – Breach of Contract – against Defendant BMI.   Count II - Suit on payment bond against Defendant Liberty Mutual Insurance Company.   Count III - Unjust Enrichment Claim against Defendant Sigal Construction Corporation.

    2.     In accordance with Rule 5 of the Federal Rules of Civil Procedure, on June 9, 2005, Mahogany's private process server, Mr. Robert Magruder, personally delivered to Teresa Cross, Authorized Designee for BMI's Registered Agent, Federal Research Corporation, the Summons, and Complaint entered in this matter [Docket Number 3].

3.      Pursuant to Rule 5 of the Federal Rules of Civil Procedure, Defendant BMI had twenty (20) days from the date of service on June 9, 2005, in which to file its responsive pleadings to Mahogany's Complaint.  The twenty (20) day period expired on June 29, 2005.

4.      To date, Defendant BMI failed to file an Answer or other responsive Pleading as required by Rule 12 of the Federal Rules of Civil Procedure.

5.      Defendant BMI has not requested from Mahogany additional time to file its responsive pleading and has not sought leave for an extension of time within which to file its responsive pleading from this Court.

6.      Plaintiff Mahogany is entitled to entry of an Order of Default against Defendant BMI because the time for filing a responsive pleading expired and Defendant BMI failed to plead as provided by the Federal Rules of Civil Procedure.

**WHEREFORE,** Plaintiff The United States of America f/u/b/o Mahogany, Inc. a/k/a Mahogany, Inc. of Maryland respectfully moves the Clerk of this Court for an entry of default with respect to Defendant Byrne Millwork, Inc. as to Count I asserted in the Complaint.

**Dated: July 6, 2005**                                 Respectfully submitted,

**QUAGLIANO & SEEGER, P.C.**

*/s/ Seth A. Robbins*

_____
Seth A. Robbins, Bar No.: 471812
2620 P Street, NW
Washington, DC 20007
Tel. (202) 822-8838
Fax. (202) 822-6982
e-mail: Robbins@quagseeg.com
**Counsel for Plaintiff
Mahogany, Inc. a/k/a
Mahogany, Inc. of Maryland**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Request For Entry of Default was sent on July 6, 2005,:

by electronic court filing to:

> Lauren P. McLaughlin, Bar No.: 471093
> **WICKWIRE GAVIN, PC**
> 8100 Boone Boulevard
> Suite 700
> Vienna, Virginia 22182
> Tel. (703) 790-8750
> Fax. (703) 448-1801
> e-mail: lmclaughlin@wickwire.com
> **Counsel for Defendants**
> **Sigal Construction Corporation &**
> **Liberty Mutual Insurance Company**

by first-class mail postage prepaid to:

> Byrne Millwork, Inc.
> c/o Federal Research Corporation
> 1030 15th Street, NW
> Suite 920
> Washington, DC 20005
> **Registered Agent for Defendant**
> **Byrne Millwork, Inc.**

*/s/ Seth A. Robbins*
_____
Seth A. Robbins