## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>for the use and benefit of<br>**MAHOGANY, INC., a/k/a**<br>**MAHOGANY, INC. OF MARYLAND,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**SIGAL CONSTRUCTION CORP., et al.,**<br><br>   **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-1113 (RCL)<br>)<br>)<br>)<br>)<br>) |

### ORDER

The parties have submitted a joint statement [15] as required by Local Civil Rule 16.3, but have failed to submit the proposed scheduling order that is required by LCvR 16.3(d). Accordingly, it is hereby

ORDERED that the parties submit a proposed scheduling order to the Court no later than five (5) days from this date. Proposed Scheduling Order required shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, August 19, 2005.