**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. f/u/b/o MAHOGANY, INC. a/k/a MAHOGANY, INC. OF MARYLAND | * |
| | * Case No.: 1:05CV01113 |
| Plaintiff, | |
| | * Judge: Royce C. Lambreth |
| v. | * |
| SIGAL CONSTRUCTION CORPORATION *et al.* | |
| | * |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED SCHEDULING ORDER**

Plaintiff Mahogany, Inc. a/k/a Mahogany, Inc. of Maryland and Defendants Sigal Construction Corporation and Liberty Mutual Insurance Company (collectively the "Parties") hereby jointly submit this Proposed Scheduling Order pursuant to LCvR 16.4:

1. The parties shall exchange Fed. R. Civ. P. 26(a)(1) Initial Disclosures no later than September 13, 2005.

2. Plaintiff's designation of experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be made no later than October 28, 2005. Defendants' designation of experts and reports shall be made no later than November 29, 2005. Disclosure of rebuttal experts shall be made not later than December 6, 2005.

3. Each party is limited to a maximum of ten (10) depositions.

4. Each party is limited to a maximum of twenty-five (25) interrogatories, including discrete subparts. Responses to all interrogatories shall be made 30 days after service.

5. Each party is limited to a maximum of twenty-five (25) request for admission, including discrete subparts. Responses to all request for admission shall be made 30 days after service.

6. All discovery shall be completed no later than January 13, 2006.

7. Dispositive motions shall be filed no later than February 3, 2006; oppositions and replies shall be filed according to the Local Rules of this Court. A motion for extension of time to file a motion, opposition, or reply will be denied except upon a showing of good cause. The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

8. Discovery material shall not be filed with this Court unless so ordered. *See* LCvR 5.2(a).

9. Counsel are expected to conduct themselves in a civil polite, and professional matter at all times, particularly during discovery. Counsel are referred to LCvR26.2 and expected to conform fully with its directives. Moreover, counsel are required both under Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve discovery disputes before bringing them to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for telephone conference with the Court. Counsel shall not file discovery motions without a prior conference with the Court and opposing counsel.

10. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.,* mediation or neutral case evaluation, is encouraged and available by request of the Court at any time, as is a settlement before a Magistrate Judge to be assigned by the Court. If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

11. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**IT IS SO ORDERED.**

Date:

                                                **ROYCE C. LAMBERTH**
                                                United States District Judge

Copies to:

Seth A. Robbins
**QUAGLIANO & SEEGER, P.C.**
2620 P Street, NW
Washington, DC 20007
Tel. (202) 822-8838
Fax. (202) 822-6982
e-mail: Robbins@quagseeg.com
**Counsel for Plaintiff**
**Mahogany, Inc. a/k/a**
**Mahogany, Inc. of Maryland**


Lauren P. McLaughlin, Bar No. 471093
**WICKWIRE GAVIN, P.C.**
International Gateway
8100 Boone Boulevard, 7th Floor
Tysons Corner, Virginia 22182
Phone: (703) 790-8750
Fax: (703) 448-1801
**Counsel for Defendants**
**Sigal Construction Corporation &**
**Liberty Mutual Insurance Company**