Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MAHOGANY, INC.
    Plaintiff(s)

v.

Civil Action No. 05-1113(RCL)

SIGAL CONSTRUCTION CORPORATION et al.,
    Defendant(s)

RE: BYRNE MILLWORK, INC.

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 9, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 6th day of July, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Roy Elliott
    Deputy Clerk