UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. f/u/b/o  MAHOGANY, INC. a/k/a MAHOGANY, INC. OF MARYLAND | * |
| | *   Case No.: 1:05CV01113 |
| Plaintiff, | |
| | *   Judge: Royce C. Lambreth |
| v. | |
| | * |
| SIGAL CONSTRUCTION CORPORATION *et al.* | |
| | * |
| Defendants. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT SIGAL CONSTRUCTION CORPORATION AND LIBERTY MUTUAL INSURANCE COMPANY

Plaintiff, United States of America f/u/b/o Mahogany, Inc. a/k/a Mahogany, Inc. of Maryland and Defendants Sigal Construction Corporation and Liberty Mutual Insurance Company, by and through their undersigned attorneys and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of Counts II and III of the Complaint, each party to bear their own costs and attorneys' fees.  This Joint Stipulation of Dismissal shall not effect Count I of the Complaint and/or Plaintiff's claims or the pending Default Judgment against Defendant Byrne Millwork, Inc.

| | |
|---|---|
| **DATED:  January 3, 2006** | Respectfully submitted, |
| By Counsel | By Counsel |
| */s/ Seth A. Robbins* | */s/ Lauren P. McLaughlin* |
| _____ | _____ |
| Seth Robbins, Bar No.: 471812 | Lauren P. McLaughlin,  Bar No.: 471093 |
| **QUAGLIANO & SEEGER, P.C.** | **WICKWIRE GAVIN, P.C.** |
| 2620 P Street, NW | 8100 Boone Boulevard, Suite 700 |
| Washington, DC 20007 | Vienna, Virginia 22182 |
| Phone: (202) 822-8838 | Phone: (703) 790-8750 |
| **Counsel for Plaintiff** | **Counsel for Defendants** |
| | **Sigal Construction Corporation and** |
| | **Liberty Mutual Insurance Company** |