UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. f/u/b/o MAHOGANY, INC. a/k/a MAHOGANY, INC. OF MARYLAND | * |
| Plaintiff, | * Case No.: 1:05CV01113 |
| | * Judge Royce C. Lambreth |
| v. | * |
| BYRNE MILLWORK, INC. | * |
| Defendant. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff The United States f/u/b/o Mahogany Inc., a/k/a Mahogany, Inc. of Maryland ("Mahogany"), by and through counsel, Quagliano & Seeger, P.C., and pursuant to Rules 12 and 55 of the Federal Rules of Civil Procedure, files this Motion for Entry of Final Judgment by Default against Defendant Byrne Millwork, Inc. ("BMI"). In support thereof, Mahogany respectfully states as follows:

1. On June 3, 2005, Plaintiff filed its Complaint for Damages against three (3) defendants [Docket Number 1]. Count I – Breach of Contract – against Defendant BMI. Count II - Suit on payment bond against Defendant Liberty Mutual Insurance Company. Count III - Unjust Enrichment Claim against Defendant Sigal Construction Corporation.

2. In accordance with Rule 4 of the Federal Rules of Civil Procedure, on June 9, 2005, Mahogany's private process server, Mr. Robert Magruder, personally delivered to Teresa Cross, Authorized Designee for BMI's Registered Agent, Federal Research Corporation, the Summons, and Complaint entered in this matter [Docket Number 3].

3. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant BMI had

twenty (20) days from the date of service on June 9, 2005, in which to file its responsive pleadings to Mahogany's Complaint. The twenty (20) day period expired on June 29, 2005.

4. On July 6, 2005, Mahogany filed a Request for Entry of Default against BMI.

5. On August 30, 2005, the Clerk of this Court entered an order of default against BMI for failing to file a timely response to the Complaint.

6. To date, BMI has yet to file an Answer or other responsive Pleadings as required by Rule 12 of the Federal Rules of Civil Procedure.

7. BMI has not requested from Mahogany additional time to file its responsive pleading and has not sought leave for an extension of time within which to file its responsive pleading from this Court.

8. Upon the commencement of this action, Mahogany was owed One Hundred Three Thousand Three Hundred Eighty Seven Dollars ($103,387.00).

9. On December 20, 2005, Mahogany and co-defendants Sigal Construction Corporation and Liberty Mutual Insurance Company entered into a binding Settlement Agreement wherein Mahogany shall receive Sixty Thousand Dollars ($60,000.00) in partial satisfaction of amounts due and owing to Mahogany.

10. The Settlement Agreement between Mahogany and co-defendants Sigal Construction Corporation and Liberty Mutual Insurance Company provides that Mahogany's claims against BMI shall remain in full force and effect.

11. Despite demand for payment in full of all amounts due and owing under the Purchase Order, Mahogany has not received payment of the remaining Forty Three Thousand Three Hundred Eighty Seven Dollars ($43,387.00) in earned Purchase Order funds for the millwork labor and materials provided at the project.

12. Mahogany performed all the conditions and obligations required of it under the Purchase Order, including additional change order work it was directed to perform by BMI.

13. BMI is in default under the Purchase Order Agreement by failing to make payment to Mahogany when due.  There is a balance past due and owing from BMI to Mahogany in the amount of Forty Three Thousand Three Hundred Eighty Seven Dollars ($43,387.00), plus interest.

14. BMI materially breached the Purchase Order by, *inter alia*, failing to pay Mahogany monies due.

15. Mahogany has incurred and shall continue to incur, substantial costs associated with its attempts to recover losses or expenses from BMI.

16. Mahogany has satisfied any and all conditions precedent in initiating suit.

17. On December 20, 2005, Jeffrey Hargrave, an officer of Mahogany executed Mahogany's Affidavit in Support of Judgment in this matter.  A true and correct copy of the Affidavit in Support of Judgment is attached hereto as **Exhibit 1** and is incorporated herein by reference.

18. Mahogany's damages are evidenced by the Affidavit in Support of Judgment, which proves that BMI is liable to Mahogany under the parties' Purchase order in the amount of Forty Three Thousand Three Hundred Eighty Seven Dollars ($43,387.00), plus interest pre- and post-judgment interest, costs and expenses, including attorneys' fees.

19. To date, Mahogany has incurred attorneys' fees and costs in the amount of Ten Thousand One Hundred Thirty One and 58/100 Dollars ($10,131.58).  A copy of the Attorney's Fees Affidavit is attached hereto as **Exhibit 2** and is incorporated herein by reference.  These sums continue to accrue fees and costs until paid.

**WHEREFORE,** Plaintiff The United States of America f/u/b/o Mahogany, Inc. a/k/a Mahogany, Inc. of Maryland respectfully moves the Clerk of this Court for an Entry of Default Judgment in the amount of Forty Three Thousand Three Hundred Eighty Seven Dollars ($43,387.00), including attorneys' fees in the amount of Ten Thousand One Hundred Thirty One and 58/100 Dollars ($10,131.58), together with post judgment, and future collection costs, including reasonable attorneys fees, with respect to Defendant Byrne Millwork, Inc. as to Count I asserted in the Complaint.

**Dated:** January 13, 2006                                Respectfully submitted,

                                                           **QUAGLIANO & SEEGER, P.C.**

                                                           */s/ Seth A. Robbins*
                                                           _____
                                                           Seth A. Robbins, Bar No.: 471812
                                                           Corie M. Thornton
                                                           2620 P Street, NW
                                                           Washington, DC 20007
                                                           Tel. (202) 822-8838
                                                           Fax. (202) 822-6982
                                                           e-mail: Robbins@quagseeg.com
                                                           **Counsel for Plaintiff**
                                                           **Mahogany, Inc. a/k/a**
                                                           **Mahogany, Inc. of Maryland**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Entry of Default Judgment was sent on January 13, 2006:

By first-class mail postage prepaid to:

> Byrne Millwork, Inc.
> c/o Federal Research Corporation
> 1030 15th Street, NW
> Suite 920
> Washington, DC 20005
> **Registered Agent for Defendant**
> **Byrne Millwork, Inc.**

> */s/ Corie M. Thornton*

> _____
> Corie M. Thornton