UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. f/u/b/o MAHOGANY, INC. a/k/a<br>MAHOGANY, INC. OF MARYLAND<br><br>          Plaintiff,<br><br>v.<br><br>BYRNE MILLWORK, INC.<br><br>          Defendant. | *<br>*  Case No.: 1:05CV01113<br>*  Judge Royce C. Lambreth<br>*<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF ATTORNEY'S FEES AND COSTS

I, Seth A. Robbins, first being duly sworn upon oath, deposes and states as follows:

1. I am over the age of eighteen and am competent to testify regarding, and have personal knowledge of, the matters set forth herein.

2. I am a partner with the law firm of Quagliano & Seeger, P.C., 2620 P Street, NW, Washington, D.C. 20007, which has been retained by Mahogany, Inc., a/k/a Mahogany, Inc. of Maryland ("Mahogany") with respect to the above captioned matter.

3. Quagliano & Seeger, P.C. entered into a written agreement with Mahogany whereby Quagliano & Seeger, P.C. agreed to represent Mahogany in the above captioned matter against Defendants on an hourly fee basis.

4. As a result of Byrne Millwork, Inc.'s ("BMI") default, Mahogany incurred legal fees and court costs from Quagliano & Seeger, P.C., from June 2005 through December 31, 2005, in the amount of Ten Thousand One Hundred Thirty One and 58/100 Dollars ($10,131.58) for reviewing documents, communicating with the client, drafting

PLAINTIFF'S EXHIBIT
2

and revising the Complaint, drafting and revising default judgment motion, and other miscellaneous services in connection with the above-captioned matter.

    5. It is the opinion of the undersigned that the attorney's fees and expenses in the amount of Ten Thousand One Hundred Thirty One and 58/100 Dollars ($10,131.58) are reasonable.

    6. I solemnly affirm under the penalties of perjury that the foregoing facts are true and correct to the best of my knowledge, information and belief.

                                                  Seth A. Robbins

Subscribed and sworn to before me this /3th day of January 2006.

                                                  Notary Public

My Commission Expires:

                        Mary Susan Hagedorn
                        Notary Public, District of Columbia
                        My Commission Expires 03-31-2008