**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **U.S. f/u/b/o  MAHOGANY, INC. a/k/a** | * |
| **MAHOGANY, INC. OF MARYLAND** | |
| | * **Case No.: 1:05CV01113** |
| **Plaintiff,** | |
| | * **Judge Royce C. Lambreth** |
| **v.** | |
| | * |
| **BYRNE MILLWORK, INC.** | |
| | * |
| **Defendant.** | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**FINAL JUDGMENT ORDER**

This matter is before the Court on Plaintiff's motion for entry of default judgment,

affidavit in support thereof, and any response thereto and the record herein, and it

appearing that Defendant Byrne Millwork, Inc. failed to plead or otherwise defend as

provided by the applicable rules, and further that Plaintiff Mahogany, Inc. a/k/a

Mahogany, Inc. of Maryland claim is for a sum certain or for a sum which can by

computation be made certain, it is this _____ day of _____, 2006,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion for

entry of default judgment be and hereby is granted and that default judgment is entered in

favor of Plaintiff Mahogany, Inc., a/k/a Mahogany, Inc. of Maryland in the amount of

Forty Three Thousand Three Hundred Eighty Seven Dollars ($43,387.00) plus costs and

expenses, including attorneys' fees in the amount of Ten Thousand One Six Hundred

Thirty One and 58/100 Dollars ($10,131.58), and against Defendant Byrne Millwork, Inc.

as to Count I asserted in the Complaint for a total of Fifty Three Thousand Five Hundred

Eighteen and 58/100 Dollars ($53,518.58), together with post judgment, and future

collection costs, including reasonable attorneys fees.

       **SO ORDERED.**

_____

Judge, United States District Court
District of Columbia

cc:     Seth Robbins, Esq.
        Corie M. Thornton, Esq.
        Quagliano & Seeger, P.C.
        2620 P Street, N.W.
        Washington, D.C.  20007
        **Counsel for Plaintiff**
        **Mahogany, Inc.**
        **a/k/a Mahogany, Inc. of Maryland**

        Byrne Millwork, Inc.
        c/o Federal Research Corporation
        1030 15th Street, NW
        Suite 920
        Washington, DC 20005
        **Registered Agent for Defendant**
        **Byrne Millwork, Inc.**