UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. f/u/b/o MAHOGANY, INC., a/k/a, MAHOGANY, INC., OF MARYLAND,<br><br>Plaintiff,<br><br>v.<br><br>BYRNE MILLWORK, INC.,<br><br>Defendant. | Civil No. 05-1113 (RCL) |

## FINAL JUDGMENT ORDER

This matter is before the Court on plaintiff's Motion [22] for Entry of Default Judgment, affidavit in support thereof, and any response thereto and the record herein, and it appearing that defendant Byrne Millwork, Inc. failed to plead or otherwise defend as provided by the applicable rules, and further that the claim of plaintiff Mahogany, Inc. a/k/a Mahogany, Inc. of Maryland is for a sum certain or for a sum which can by computation be made certain, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff's Motion [22] for Entry of Default Judgment be and hereby is GRANTED and that default judgment is entered in favor of plaintiff Mahogany, Inc. a/k/a Mahogany, Inc. of Maryland in the amount of Forty-Three Thousand Three Hundred Eighty-Seven Dollars ($43,387.00) plus costs and expenses, including attorneys' fees in the amount of Ten Thousand One Hundred Thirty-One and 58/100 Dollars ($10,131.58), and against defendant Byrne Millwork, Inc. as to Count I asserted in the Complaint for a total of Fifty-Three Thousand Five Hundred Eighteen and 58/100 Dollars ($53,518.58),

together with post judgment, and future collection costs, including reasonable attorneys' fees.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 1, 2006.