UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. f/u/b/o MAHOGANY, INC. a/k/a MAHOGANY, INC. OF MARYLAND | * |
| Plaintiff, | * Case No.: 1:05CV01113 |
| v. | * Judge: Royce C. Lambreth |
| SIGAL CONSTRUCTION CORPORATION *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE

I, **Kaitlin E. Butler**, of **1201 S. Eads Street, Arlington, VA, 22202**, being first duly sworn, depose and state as follows:

1. I solemnly affirm that I am over eighteen years of age. I am not a party to this matter and am not otherwise interested in the subject matter in controversy herein.

2. On **March 10, 2006,** I personally served the Writ of Attachment in the above-referenced matter on **Jean Smith** of **PNC Financial Services Group t/a PNC Bank** at **1913 Massachusetts Avenue, NW, Washington, DC, 20036.**

I do solemnly swear under the penalties of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Kaitlin E. Butler

Subscribed and sworn to before me this 13 day of March 2006.

_____
Notary Public

My Commission Expires:

Mary Susan Hagedorn
Notary Public, District of Columbia
My Commission Expires 03-31-2008