UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. f/u/b/o MAHOGANY, INC. a/k/a MAHOGANY, INC. OF MARYLAND | * |
| | * Case No.: 1:05cv01113 |
| Plaintiff, | |
| | * Judge Royce C. Lamberth |
| v. | * |
| BYRNE MILLWORK, INC. | * |
| | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ERRATA SHEET**
(Motion for Entry of Final Judgment Order)

Mahogany, Inc. ("Mahogany") respectfully submits this Errata Sheet in connection with its Motion for Final Judgment Order that was filed by Mahogany on January 13, 2006 (which Motion was granted by this Court on February 1, 2006).

1. Page 4: The first paragraph of the Motion for Final Judgment Order, page 4, reads:

"**WHEREFORE,** Plaintiff The United States of America f/u/b/o Mahogany, Inc. a/k/a Mahogany, Inc. of Maryland respectfully moves the Clerk of this Court for an Entry of Default Judgment in the amount of Forty Three Thousand Three Hundred Eighty Seven Dollars ($43,387.00), including attorneys' fees in the amount of Ten Thousand One Hundred Thirty One and 58/100 Dollars ($10,131.58), together with **post judgment**, and future collection costs, including reasonable attorneys fees, with respect to Defendant Byrne Millwork, Inc. as to Count I asserted in the Complaint." (Emphasis added)

2. Said paragraph is deleted and replaced with:

"**WHEREFORE,** Plaintiff The United States of America f/u/b/o Mahogany, Inc. a/k/a Mahogany, Inc. of Maryland respectfully moves this **Court** for an Entry of Default Judgment in the amount of Forty Three Thousand Three Hundred Eighty Seven Dollars ($43,387.00), including attorneys' fees in the amount of Ten Thousand One Hundred Thirty One and 58/100 Dollars ($10,131.58), together

with **post judgment interest**, and future collection costs, including reasonable attorneys' fees, with respect to Defendant Byrne Millwork, Inc. as to Count I asserted in the Complaint." (Emphasis added). [1]

| | |
|---|---|
| Dated: March 21, 2006 | Respectfully submitted, |
| | **QUAGLIANO & SEEGER, P.C.** |
| | /s/ Seth A. Robbins |
| | _____ |
| | Seth A. Robbins, Bar No.: 471812 |
| | Corie M. Thornton |
| | 2620 P Street, NW |
| | Washington, DC 20007 |
| | Tel. (202) 822-8838 |
| | Fax. (202) 822-6982 |
| | e-mail: Robbins@quagseeg.com |
| | **Counsel for Plaintiff** |
| | **Mahogany, Inc. a/k/a** |
| | **Mahogany, Inc. of Maryland** |

---

[1] Mahogany filed its Motion for Final Judgment ("Motion") and a proposed Final Judgment Order ("Order") on January 13, 2006. At page 3, ¶ 18 of the Motion, Mahogany states that "Mahogany's damages are evidenced by the Affidavit in Support of Judgment, which proves that BMI is liable to Mahogany under the parties' Purchase Order in the amount of Forty Three Thousand Three Hundred Eighty Seven Dollars ($43,387.00), plus interest pre- and **post-judgment interest**, costs and expenses, including attorneys' fees." (Emphasis added). The word "interest" following the words "post judgment" was inadvertently left out of Mahogany's request for relief in its Motion.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Errata Sheet was sent on March 21, 2006 by first-class mail, postage pre-paid to:

                Byrne Millwork, Inc.
                c/o Federal Research Corporation
                1030 15th Street, NW
                Suite 920
                Washington, DC 20005
                **Registered Agent for Defendant**
                **Byrne Millwork, Inc.**

                */s/ Corie M. Thornton*
                _____
                Corie M. Thornton