UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. f/u/b/o MAHOGANY, INC. a/k/a<br>MAHOGANY, INC. OF MARYLAND | *<br>* Case No.: 1:05cv01113 |
| Plaintiff, | *<br>* Judge Royce C. Lamberth |
| v. | * |
| BYRNE MILLWORK, INC. | * |
| Defendant. | *<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ERRATA SHEET
(Proposed Final Judgment Order)

Mahogany, Inc. ("Mahogany") respectfully submits this Errata Sheet in connection with its proposed Final Judgment Order (which Order was entered by this Court on February 1, 2006).

1. Pages 1-2: The second paragraph of the proposed Final Judgment Order, beginning on page 1 and ending on page 2, reads:

> "**ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion for entry of default judgment be and hereby is granted and that default judgment is entered in favor of Plaintiff Mahogany, Inc., a/k/a Mahogany, Inc. of Maryland in the amount of Forty Three Thousand Three Hundred Eighty Seven Dollars ($43,387.00) plus costs and expenses, including attorneys' fees in the amount of Ten Thousand One Six Hundred Thirty One and 58/100 Dollars ($10,131.58), and against Defendant Byrne Millwork, Inc. as to Count I asserted in the Complaint for a total of Fifty Three Thousand Five Hundred Eighteen and 58/100 Dollars ($53,518.58), together with **post judgment**, and future collection costs, including reasonable attorneys fees." (Emphasis added).

2. Said paragraph is deleted and replaced with:

> "**ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion for entry of default judgment be and hereby is granted and that default judgment is entered in favor of Plaintiff Mahogany, Inc., a/k/a Mahogany, Inc. of Maryland in the

amount of Forty Three Thousand Three Hundred Eighty Seven Dollars ($43,387.00) plus costs and expenses, including attorneys' fees in the amount of Ten Thousand One Six Hundred Thirty One and 58/100 Dollars ($10,131.58), and against Defendant Byrne Millwork, Inc. as to Count I asserted in the Complaint for a total of Fifty Three Thousand Five Hundred Eighteen and 58/100 Dollars ($53,518.58), together with **post judgment interest**, and future collection costs, including reasonable attorneys fees." (Emphasis added).[1]

| | |
|---|---|
| Dated: March 21, 2006 | Respectfully submitted, |
| | **QUAGLIANO & SEEGER, P.C.** |
| | /s/ Seth A. Robbins |
| | _____ |
| | Seth A. Robbins, Bar No.: 471812 |
| | Corie M. Thornton |
| | 2620 P Street, NW |
| | Washington, DC 20007 |
| | Tel. (202) 822-8838 |
| | Fax. (202) 822-6982 |
| | e-mail: Robbins@quagseeg.com |
| | **Counsel for Plaintiff** |
| | **Mahogany, Inc. a/k/a** |
| | **Mahogany, Inc. of Maryland** |

---

[1] Mahogany filed its Motion for Final Judgment Order "Motion") and a proposed Final Judgment Order ("Order") on January 13, 2006. At page 3, ¶ 18 of the Motion, Mahogany states that "Mahogany's damages are evidenced by the Affidavit in Support of Judgment, which proves that BMI is liable to Mahogany under the parties' Purchase order in the amount of Forty Three Thousand Three Hundred Eighty Seven Dollars ($43,387.00), plus interest pre- and **post-judgment interest**, costs and expenses, including attorneys' fees." (Emphasis added). The word "interest" following the words "post judgment" was inadvertently left out of Mahogany's proposed Order, which was entered by this Court on February 1, 2006.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Errata Sheet was sent on March 21, 2006 by first-class mail, postage pre-paid to:

> Byrne Millwork, Inc.
> c/o Federal Research Corporation
> 1030 15th Street, NW
> Suite 920
> Washington, DC 20005
> **Registered Agent for Defendant**
> **Byrne Millwork, Inc.**

> */s/ Corie M. Thornton*
> _____
> Corie M. Thornton